MRS. I. H. FOSSETT v. STATE.

No. A-410.   Opinion Filed February 6, 1911.

Appeal from Custer County Court; A. H. Latimer, Judge.

Appellant was convicted in the county court of Custer county, on a charge of selling intoxicating liquor, and appeals.   Affirmed.

Holcomb & Bulow, for appellant.

PER CURIAM.  Finding no material errors, prejudicial to the rights of the plaintiff in error in this case, the judgment of the court below is affirmed.

M. L. RASCOE v. STATE.

No. A-319.   Opinion Filed February 6, 1911.

Appeal from Pottawatomie County Court; E. D. Reasor, Judge.

Freeling & Hood, for appellant.

PER CURIAM.   Upon a careful consideration of the record in this case we believe the judgment of the court below should be affirmed, and it is so ordered.

J. W. AULT v. STATE.

No. A-320.   Opinion Filed February 6, 1911.

Appeal from Kiowa County Court; J. W. Mansell, Judge.

J. W. Ault was convicted in the county court of Kiowa county, on a charge of unlawfully transporting whisky, and appeals. Affirmed.

Thos. W. Connor, for the appellant.

PER CURIAM.   An examination of the record discloses no errors sufficient to justify a reversal of this cause; it is therefore affirmed.